LAW OFFICE OF SETH E. TILLMON
Seth E. Tillmon, Esq., SBN 246240
10008 National Blvd., #115
Los Angeles, CA 90034
(310) 559-1604

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEANDRA JIMENEZ, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>THEMESOFT INC;<br><br>DOES 1 through 50, inclusive;<br><br>Defendants. | CASE No.  5:18-CV-07299-SVK<br><br>**[PROPOSED] ORDER RE PLAINTIFF SEANDRA JIMENEZ'S REQUEST FOR TELEPHONIC APPEARANCE**<br><br>**Date: March 5, 2019**<br>**Time: 9:30 a.m.**<br>**Dept: Courtroom 6, 4th Floor**<br><br>The Hon. Susan van Keulen<br><br>Trial Date: net yet set |

Plaintiff SEANDRA JIMENEZ filed a request for counsel Seth E. Tillmon to appear telephonically for the Case Management Conference hearing, scheduled to take place on March 5, 2019, at 9:30 a.m.

The request is granted and counsel may appear telephonically.

DATED: February 22, 2019

_____
HONORABLE SUSAN VAN KEULEN

1