**LAW OFFICE OF SETH E. TILLMON**
Seth E. Tillmon, Esq. (State Bar No. 246240)
10008 National Blvd., #115
Los Angeles, CA 90034

Phone: (310) 559-1604
Fax:    (424) 675-2811
Email:  seth@tillmonlaw.com

Attorney for Plaintiff SEANDRA JIMENEZ


**ALLEN ATTORNEY GROUP**
Kevin R. Allen, Esq. (State Bar No. 237994)
2121 North California Blvd., Suite 290
Walnut Creek, CA 94596

Telephone: (925) 695-4913
Fax        (310) 228-3701
Email:     kevin@allenattorneygroup.com

Attorney for Defendant THEMESOFT INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| SEANDRA JIMENEZ, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>THEMESOFT INC;<br>DOES 1 through 50, inclusive;<br>Defendants. | Case No.: 5:18-CV-07299-SVK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>~~[PROPOSED]~~ **ORDER** |

1

**STIPULATION OF DISMISSAL WITH PREJUDICE**

# STIPULATION OF DISMISSAL

Plaintiff Seandra Jimenez and Defendant Themesoft Inc respectfully stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal of this action with prejudice with each party bearing its own costs and attorney fees and neither party being declared a prevailing party for any purpose.

DATED: January 23, 2020        **LAW OFFICE OF SETH E. TILLMON**

By: */s/ Seth Tillmon*
Seth E. Tillmon
Attorneys for Plaintiff Seandra Jimenez

DATED: January 23, 2020        **ALLEN ATTORNEY GROUP**

By: */s/ Kevin Allen*
Kevi Allen
Attorney for Defendant Themesoft Inc

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**ORDER**

Plaintiff Seandra Jimenez and Defendant Themesoft Inc filed a stipulation, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal of this action with prejudice with each party bearing its own costs and attorney fees and neither party being declared a prevailing party for any purpose.

The stipulation is hereby approved and this case is dismissed with prejudice with each party bearing its own costs and attorney fees and neither party being declared a prevailing party for any purpose.

DATED: January 24, 2020

_____
~~JUDGE OR~~ MAGISTRATE JUDGE

**STIPULATION OF DISMISSAL WITH PREJUDICE**